WILLIAM B. NORTH v. THE PHILIP CAREY MANUFACTURING COMPANY and THE PHILIP CAREY COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.